Appeal No. 9413120 from Judgments dated November 30, 1994, and January 5, 1995; Eugene M. Bogen, Ruling Judge, Washington County Circuit Court.
R.H. “Bo” Burress, III, Lonnie D. Bailey, Richard L. Kinunel, Upshaw Williams Big-gers Page & Kruger, Greenwood, for Appellants.
Stephen Nick, Greenville, for Appellees.
Before THOMAS, P.J., and BARBER and SOUTHWICK, JJ.
Affirmed.
FRAISER, C.J., BRIDGES, P.J., and COLEMAN, DIAZ, KING, McMILLIN and PAYNE, JJ., concur.